01-92-01078-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 31 2015

CHRISTOPHER A. PRINE
CLERK

Mr. Christoper A. Prine
i ordered my court records back in 2013
they were lost in so many shake downs, so i
need part of them replaced it is the Court
Reporter Records that i need i also know
about the $25.00 retrieve fee and it will
be with this letter. So let me know how
much for the records of the Clerk only
and if there is some extra payment add
I can and i will be paid

Thank you very much
Victor Worley 449817

Mail to Victor Worley #449817
DUNCAN UNIT
1502 S. FIRST
Diboll, Tx 75941

Victor Worley #449817
Duncan Unit
1502 S Fm 31
Diboll, Texas 75941

27 MAR 2015 PM 1 L

Court of Appeals
Fras District
301 Fannin Street
Houston, Texas 77002 - 2044

7700220699

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 31 2015

CHRISTOPHER A. PRINE
CLERK